Adam K. Woods, 180976
Name and Prisoner/Booking Number

A.D.C. / ASPC-LEWIS, RAST
Place of Confinement

P.O. BOX 3600
Mailing Address

BUCKEYE, AZ 85326
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED

**Jul 31 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Adam Kristopher Woods,
(Full Name of Plaintiff)

Plaintiff,

v.

✱ (1) David Shinn,
(Full Name of Defendant)

(2) Centurion Medical,

✱ (3) Dr. Bake,

✱ (4) Donna Mendoza,

Defendant(s).

✱ INDIVIDUAL & OFFICIAL CAPACITY
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-20-01530-PHX-JAT-CDB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"Jury Trial Demanded"

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ASPC-LEWIS / BUCKEYE

## B. DEFENDANTS

1. Name of first Defendant: __David Shinn__. The first Defendant is employed as: __Director of A.D.C__ (Position and Title) at __AZ ~~State~~ DEPT. OF CORRECTIONS__ (Institution).

2. Name of second Defendant: __Centurion Medical__. The second Defendant is employed as: as: __Contract Medical Services Provider__ (Position and Title) at __ASPC - LEWIS__ (Institution).

3. Name of third Defendant: __? Blake__. The third Defendant is employed as: __Complex Dentist / Doctor__ (Position and Title) at __ASPC - LEWIS__ (Institution).

4. Name of fourth Defendant: __Donna Mendoza__. The fourth Defendant is employed as: __Director of Nursing__ (Position and Title) at __ASPC - LEWIS__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>8TH AMENDMENT — CRUEL AND UNUSUAL PUNISHMENT</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I HAVE SUFFERED AND AM STILL SUFFERING THE UNNECESSARY & WANTON INFLICTION OF PAIN AS A DIRECT RESULT OF DAVID SHINN'S SYSTEMIC DEFICIENCIES IN STAFFING, FACILITIES, AND PROCEDURES THAT MAKE MY UNNECESSARY SUFFERING INEVITABLE. MR SHINN AND THE OTHER DEFENDANTS HAVE FIRST-HAND INTIMATE KNOWLEDGE OF THESE DEFICIENCIES IN THE MEDICAL CARE SYSTEM AND THE UNAVOIDABLE INHERENT RISK OF HARM. AFTER SUFFERING A SIGNIFICANT BLOW TO MY JAW, I SUBMITED AN HNR FORM BECAUSE I WAS IN TREMENDOUS PAIN. I COULD HARDLY TALK OR EAT/DRINK OR MOVE MY JAW IN ANY WAY WITHOUT SEVERE PAIN. THE MEDICAL STAFF I SAW FAILED TO CONDUCT AN ADEQUATE EXAMINATION OR ASK BASIC QUESTIONS, FROM THEN TO NOW THE SO-CALLED MEDICAL ATTENTION I'VE RECEIVED HAS BEEN SO CURSORY AS TO AMOUNT TO NO TREATMENT AT ALL. ON 2/7/20 DR. BAKE FINALLY SAW ME AND X-RAYED MY JAW, INFORMING ME IT WAS BROKEN. MY JAW BROKEN AND IN EXCRUCIATING PAIN, I EXPECTED TO BE SENT TO HAVE IT FIXED IMMEDIATELY. DR BAKE HOWEVER WAS UTTERLY INDIFFERENT TOWARDS MY MEDICAL NEEDS, TELLING →

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   THE DEFENDANTS' DEFICIENT MEDICAL SYSTEM AND DELAYS IN TREATMENT HAVE DIRECTLY RESULTED IN MY BROKEN JAW IMPROPERLY HEALING, ONGOING & PERSISTENT SEVERE PAIN, MOUTH NUMBNESS, DECREASED JAW MOBILITY AND MORE.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## 3. SUPPORTING FACTS (CONTINUED)

ME THERE COULD BE LONG-TERM AND/OR PERMANENT DAMAGE IF THE BREAK WASN'T ADDRESSED BUT ADAMANTLY REFUSING TO TAKE IMMEDIATE ACTION. SO I WAS SENT BACK TO MY UNIT, WHERE DONNA MENDOZA CALLOUSLY INFORMED ME THAT CENTURION'S POLICY PREVENTED IMMEDIATE MEDICALLY CORRECTIVE ACTION, THAT A CONSULT REQUEST MUST BE SUBMITTED AND IF APPROVED I MIGHT SEE AN ORAL SURGEON IN 3 WEEKS TO A MONTH. I WAS ARBITRARILY PLACED ON TYLENOL 3 PILLS FOR 10 DAYS, HAVING TO FIGHT FOR BOTH 5 DAY LONG PRESCRIPTIONS AND HAVE BEEN GIVEN NOTHING ELSE SINCE. FINALLY, ON 3/4/20 I WAS TAKEN TO AN ORAL SURGEON. HE TOLD ME BECAUSE OF THE DELAY THERE WAS NOTHING HE COULD DO AND THAT THE RESULTING HARM WAS CLEARLY FORESEEABLE. HIS EXAMINATION REVEALED THE BREAK WAS HEALING, THOUGH NOT PROPERLY, AND CAUSING A SIGNIFICANT DECREASE IN MY JAW'S MOBILITY.

## E.  REQUEST FOR RELIEF

State the relief you are seeking:
1) PUNITIVE DAMAGES, IN THE AMOUNT OF $250,000
2) NOMINAL DAMAGES
3) DECLARATORY RELIEF
4) A PRELIMINARY INJUNCTION REQUIRING MEDICAL TO SEND ME TO A ORAL SURGEON FOR POSSIBLE SOLUTIONS AND REQUIRING I BE PROVIDED WITH PAIN MEDICATION AND PHYSICAL THERAPY FOR MY JAW.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7-30-20__
         DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.